**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

| | |
|---|---|
| THE INCORPORATED COUNTY OF LOS ALAMOS, NEW MEXICO,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondent,<br><br>and<br><br>TRIAD NATIONAL SECURITY, LLC,<br><br>Intervenor - Respondent. | No. 20-9534 |

**STIPULATION TO DISMISS**

Petitioner the Incorporated County of Los Alamos, New Mexico ("County"), Respondent the United States Environmental Protection Agency ("EPA"), and Intervenor Triad National Security, LLC ("Triad") hereby stipulate pursuant to Federal Rule of Appellate Procedure 42(b)(1) that the above appeal be dismissed.

This case concerns the County's challenge to an action by EPA Region 6 under section 402(p) of the Clean Water Act ("CWA"), 33 U.S.C. § 1342(p), granting an administrative petition to designate certain small municipal separate storm sewer systems as subject to permitting requirements under the CWA's National Pollutant Discharge Elimination System (the "Designation Decision"). The Court granted EPA's motion for voluntary remand of the Designation Decision on January 21, 2022 (ECF No. 10887671) and continued to hold this case in

abeyance pending EPA's administrative reconsideration proceedings on the challenged action. (Dkt. No. 186).

On December 9, 2024, the Regional Administrator of EPA Region 6 signed a final action on reconsideration of the Designation Decision. (Dkt. No. 185-1 Ex. A) (the "Revised Designation Decision"). On January 17, 2025, the EPA published official notice in the Federal Register of the Revised Designation Decision, attached to this stipulation as Exhibit A. 90 Fed. Reg. 5880 (Jan. 17, 2025).

Pursuant to Fed. R. App. P. 42 (b)(1), an appeal may be dismissed by stipulation of the parties which includes an agreement specifying how costs are to be paid. The parties stipulate that due to the Revised Designation Decision, this case is dismissed as moot without any determination as to the merits of the County's Petition or prejudice to the County's ability to seek review of the Revised Designation Decision through an appropriate judicial action. Each party shall bear its own costs and attorneys' fees associated with this appeal proceeding.

Respectfully submitted,

*_/s/ Andrew D. Knudsen (approved via email)_*
Andrew D. Knudsen
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 353-7466
andrew.knudsen@usdoj.gov

*Counsel for U.S. Environmental Protection Agency*

/s/ Dalva L. Moellenberg
Dalva L. Moellenberg
Gallagher & Kennedy, P.A.
1239 Paseo de Peralta
Santa Fe, New Mexico 87501
(505) 982-0523
dlm@gknet.com

*Counsel for the Incorporated County of Los Alamos, New Mexico*

/s/ *Paul Pickering Spaulding, III (approved via email)*
Paul Pickering Spaulding, III
Shartsis Friese
425 Market Street, 11th Floor
San Francisco, California 94105-2496
(415) 421-6500
sspaulding@sflaw.com

*Counsel for Triad National Security, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. The participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*By: /s/ Samantha H. Catalano*
Samantha H. Catalano





capital or operation & maintenance costs.

*Changes in the estimates:* The decrease in burden from the most recently approved ICR is due to an adjustment(s). The adjustment decrease in burden from the most recently approved ICR is due to a decrease in the number of sources. The number of facilities has decreased from 104 to 96. The decrease in respondents also results in a decrease in capital/startup costs.

**Courtney Kerwin,**

*Director, Information Engagement Division.*

[FR Doc. 2025–01234 Filed 1–16–25; 8:45 am]

**BILLING CODE 6560–50–P**

---

## ENVIRONMENTAL PROTECTION AGENCY

**[FRL–12548–01–R8]**

### Clean Air Act Operating Permit Program; Order on Petition for Objection to State Operating Permit for Suncor Energy (U.S.A.), Inc., Commerce City Refinery Plant 1 (West) & Plant 3 (Asphalt Unit)

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Notice of final order on petition.

**SUMMARY:** The Environmental Protection Agency (EPA) Administrator signed an order dated December 30, 2024, granting in part and denying in part a petition dated September 6, 2024, from the Center for Biological Diversity and Sierra Club. The petition requested that the EPA object to the renewal of a Clean Air Act (CAA) operating permit issued by the Colorado Department of Public Health and Environment (CDPHE) to Suncor Energy (U.S.A.), Inc. for its Commerce City Refinery, Plant 1 (West) & Plant 3 (Asphalt Unit) located in Adams County, Colorado.

**FOR FURTHER INFORMATION CONTACT:** Julie Merkel, Environmental Protection Agency, EPA Region 8, telephone number: (406) 457–5042, email address: *merkel.julie@epa.gov;* or Donald Law, EPA Region 8, telephone number: (303) 312–7015, email address: *law.donald@epa.gov.* The final order and petition are available electronically at: *https://www.epa.gov/title-v-operating-permits/title-v-petition-database.*

**SUPPLEMENTARY INFORMATION:** The EPA received a petition from the Center for Biological Diversity and Sierra Club dated September 6, 2024, requesting that the EPA object to the issuance of operating permit no. 96OPAD120, issued by CDPHE to Suncor Energy (U.S.A.), Inc., Commerce City Refinery, Plant 1 (West) & Plant 3 (Asphalt Unit) in Adams County, Colorado. On December 30, 2024, the EPA Administrator issued an order granting in part and denying in part the petition. The order itself explains the basis for the EPA's decision.

Sections 307(b) and 505(b)(2) of the CAA provide that a petitioner may request judicial review of those portions of an order that deny issues in a petition. Any petition for review shall be filed in the United States Court of Appeals for the appropriate circuit no later than March 18, 2025.

**KC Becker,**

*Regional Administrator, Region 8.*

[FR Doc. 2025–01235 Filed 1–16–25; 8:45 am]

**BILLING CODE 6560–50–P**

---

## ENVIRONMENTAL PROTECTION AGENCY

**[EPA–R06–OW–2023–0566; FRL–11561–02–R6]**

### Revised Designation Decision and Record of Decision in Response to a Petition by Amigos Bravos for a Determination That Stormwater Discharges in Los Alamos County Contribute to Water Quality Standards Violations and Require Clean Water Act Permit Coverage

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Notice.

**SUMMARY:** The Environmental Protection Agency (EPA) Region 6 is providing notice of a Revised Designation Decision that storm water discharges from the Los Alamos Urban Area (as defined by the latest decennial Census) and Los Alamos National Laboratory (LANL) property in Los Alamos County and Santa Fe County, New Mexico are contributing to violations of New Mexico Water Quality Standards (WQS) and require National Pollutant Discharge Elimination System (NPDES) permit coverage under the Clean Water Act (CWA). This action is in response to a June 30, 2014, petition filed with EPA by Amigos Bravos entitled ''A Petition by Amigos Bravos for a Determination that Storm Water Discharges in Los Alamos County Contribute to Water Quality Standards Violations and Require a Clean Water Act Permit,'' and revises the Agency's prior December 16, 2019, designation decision, which was remanded to EPA for reconsideration by the United States Court of Appeals for the Tenth Circuit.

**DATES:** The ''Revised Designation Decision and Record of Decision in Response to A Petition by Amigos Bravos for a Determination that Stormwater Discharges in Los Alamos County Contribute to Water Quality Standards Violations and Require Clean Water Act Permit Coverage'' was signed on December 9, 2024. Please refer to the **SUPPLEMENTARY INFORMATION** section for additional information.

**ADDRESSES:** For further information contact Ms. Evelyn Rosborough via email: *rosborough.evelyn@epa.gov,* or by mail at Ms. Evelyn Rosborough, Environmental Protection Agency, Region 6, Water Division (6WQ–NP), 1201 Elm Street, Suite 500, Dallas, TX 75270.

**SUPPLEMENTARY INFORMATION:**

### General Information

*A. Does this action apply to me?*

Small Municipal Separate Storm Sewer Systems (MS4s) operated by the County of Los Alamos, the New Mexico Department of Transportation (NMDOT), and Los Alamos National Laboratory (LANL), including Triad National Security, LLC and the U.S. Department of Energy's National Nuclear Security Administration, will be regulated as a result of this action. To determine whether your entity is affected by this action, you should also review the description of EPA's action in Section II.B of this notice and the Revised Designation Decision document available in Docket ID No. EPA–R06–OW–2023–0566 at the Federal eRulemaking Portal: *https://www.regulations.gov/* or online via the EPA Residual Designation web page at: *https://www.epa.gov/npdes/epas-residual-designation-authority.* If you have questions regarding the applicability of this action to a particular entity, consult the person listed in **ADDRESSES** section.

*B. Summary and Availability of Revised Designation Documents*

The Regional Administrator of EPA Region 6 has made a revised designation of stormwater discharges from certain MS4s for regulation under the NPDES permitting program pursuant to Section 402(p)(2)(E) and (6) of the CWA and EPA's implementing regulations at 40 CFR 122.26(a)(9)(i)(C)–(D). Those provisions authorize the Agency to designate for regulation stormwater discharges that contribute to a WQS violation or that are a significant contributor of pollutants to waters of the United States, or where controls are needed based on wasteload allocations that are part of total maximum daily loads. This authority is often referred to as ''residual designation authority'' or RDA. EPA is providing notice of its

**EXHIBIT A**

Revised Designation Decision that storm water discharges from the Los Alamos Urban Area (as defined by the latest decennial Census) and LANL property in Los Alamos County and Santa Fe County, New Mexico are contributing to violations of New Mexico WQS and require NPDES permit coverage under the CWA.

This Revised Designation Decision revises EPA's prior December 16, 2019, decision designating stormwater discharges from small MS4s operated by the County of Los Alamos, LANL, and the New Mexico Department of Transportation for NPDES permitting. EPA has carefully considered all record information, including stormwater discharge data and other information submitted by Los Alamos County, NMED, LANL, and the Buckman Direct Diversion, NMED's water quality assessments and lists of impaired waters, and supplemental information submitted by LANL and the County regarding EPA's previous 2019 designation decision, as well as the public comments submitted on that decision when it was proposed. EPA also conducted a site visit in September 2022 to examine first-hand the effects of the discharges and waters at issue.

Upon reconsideration of the Petition on remand, EPA has determined that stormwater discharges from small MS4s located in the Los Alamos Urban Area as defined by the latest decennial Census and MS4s located on LANL property within Los Alamos and Santa Fe Counties, New Mexico require NPDES permit coverage because the discharges are contributing to violations of NM WQS in waters of the United States. The Revised Designation Decision plus supplementary information, including the response to comments document, relating to it are available in Docket ID No. EPA–R06–OW–2023–0566 at the Federal eRulemaking Portal: *https://www.regulations.gov/* or online via the EPA Residual Designation web page at: *https://www.epa.gov/npdes/epas-residual-designation-authority.*

Dated: December 19, 2024.

**Troy Hill,**

*Director, Water Division, Region 6.*

[FR Doc. 2025–01072 Filed 1–16–25; 8:45 am]

**BILLING CODE 6560–50–P**

## ENVIRONMENTAL PROTECTION AGENCY

**[EPA–HQ–OPPT–2024–0508; FRL–12565–01–OMS]**

## Agency Information Collection Activities; Submission to the Office of Management and Budget for Review and Approval; Comment Request; Threshold Setting Data Needs for the Label Program for Low Embodied Carbon Construction Materials (New)

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Notice.

**SUMMARY:** The Environmental Protection Agency (EPA) has submitted an information collection request (ICR), Threshold Setting Data Needs for the Label Program for Low Embodied Carbon Construction Materials (EPA ICR Number 2805.01 and OMB Control Number 2070–NEW) to the Office of Management and Budget (OMB) for review and approval in accordance with the Paperwork Reduction Act. This is a request for a new ICR. Public comments were previously requested via the **Federal Register** on November 7, 2024. This notice allows for an additional 30 days for public comments.

**DATES:** Comments must be received on or before February 18, 2025.

**ADDRESSES:** Submit your comments to EPA, identified by docket identification (ID) number Docket ID No. EPA–HQ–OPPT–2024–0508, to EPA online using *www.regulations.gov* (our preferred method), or by mail to: EPA Docket Center, Environmental Protection Agency, Mail Code 28221T, 1200 Pennsylvania Ave. NW, Washington, DC 20460.

EPA's policy is that all comments received will be included in the public docket without change including any personal information provided, unless the comment includes profanity, threats, information claimed to be Confidential Business Information (CBI) or other information whose disclosure is restricted by statute.

Submit written comments and recommendations to OMB for the proposed information collection within 30 days of publication of this notice to *www.reginfo.gov/public/do/PRAMain.* Find this particular information collection by selecting ''Currently under 30-day Review—Open for Public Comments'' or by using the search function.

**FOR FURTHER INFORMATION CONTACT:** Connie Ocampo, Mission Support Division (7602M), Office of Program Support, Office of Chemical Safety and Pollution Prevention, Environmental Protection Agency, 1200 Pennsylvania Ave. NW, Washington, DC 20460–0001; telephone number: (202) 566–1216; email address: *ocampo.connie@epa.gov.*

**SUPPLEMENTARY INFORMATION:** This a new ICR. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information, unless it displays a currently valid OMB control number. Public comments were previously requested via the **Federal Register** on November 7, 2024, at 89 FR 88277, establishing a 60-day comment period). This notice allows for an additional 30 days for public comments. Supporting documents, which explain in detail the information collection activities and related estimated burden and costs that are summarized in this document, are available in the docket. The docket can be viewed online at *https://www.regulations.gov* or in person at the EPA Docket Center, WJC West, Room 3334, 1301 Constitution Ave. NW, Washington, DC. The telephone number for the Docket Center is 202–566–1744. Additional instructions on commenting and visiting the docket is available at *https://www.epa.gov/dockets.*

*Abstract:* This ICR is for the EPA C–MORE (Construction Material Opportunities to Reduce Emissions) Program (previously referred to as a ''Low Embodied Carbon Construction Materials Program''). Under this ICR, the Program is seeking approval to collect data to fulfill a number of vital information needs as the Program begins operations. The Program is seeking approval to collected data from state and local government agencies, architectural and engineering (A&E) firms, Program grantees, entities that access Program technical assistance, and entities involved in salvage and reuse operations. From state and local government agencies, the Program is seeking information on the types and amounts of asphalt, concrete, cement, glass, and steel purchased, including reference to Environmental Product Declarations (EPDs) associated with these products. The Program is seeking similar information from A&E firms, but focused solely on concrete. EPD information, along with data on amounts purchased of each product, will provide EPA with data that can be used in setting threshold values to define categories for labels under the Program. The underpinnings of being able to label construction materials with substantially lower levels of embodied greenhouse gas emissions is collecting, assessing the quality of, and analyzing data on embodied greenhouse gas