IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| THE INCORPORATED COUNTY OF LOS ALAMOS, NEW MEXICO,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | No. 20-9534 |

**STATUS REPORT**

Respondent the United States Environmental Protection Agency ("EPA") respectfully submits the following status report in response to the Court's Order of March 20, 2023.

1. This case concerns a challenge by Petitioner the Incorporated County of Los Alamos, New Mexico ("the County") to an action by EPA Region 6 under section 402(p) of the Clean Water Act ("CWA"), 33 U.S.C. § 1342(p), granting an administrative petition to designate certain small municipal separate storm sewer systems as subject to permitting requirements under the Clean Water Act's National Pollutant Discharge Elimination System (the "Designation Decision").

2. EPA moved to dismiss this case for lack of subject matter jurisdiction on July 26, 2021. ECF No. 10846011. On August 26, 2021, the Court issued an order

referring EPA's motion to dismiss to the merits panel and setting a briefing schedule.  ECF No. 10853322.  The County filed its opening brief on November 29, 2021.  ECF No. 10875453.  Among other issues, the County argued that EPA failed to demonstrate that the County discharges stormwater from its MS4 into navigable waters subject to federal jurisdiction under the CWA.  In particular, the County argued that EPA's analysis of jurisdictional issues was inconsistent with the Supreme Court's decision in *County of Maui v. Hawaii Wildlife Fund*, 140 S. Ct. 1462 (2020), which was decided four months after EPA issued the Designation Decision.

   3.  On January 20, 2022, EPA filed a motion for voluntary remand of the Designation Decision without vacatur.  ECF No. 10887296.  EPA explained that it was seeking remand in order to reconsider the Designation Decision, including analyzing the impact, if any, of the Supreme Court's intervening decision in *Maui*.

   4.  The Court granted EPA's motion for voluntary remand on January 21, 2022.  ECF No. 10887671.  The Court remanded the matter for EPA to "conduct any and all proceedings it deems necessary and appropriate to reconsider the" Designation Decision, including reconsidering the potential impact of the Supreme Court's decision in *Maui*.  *Id.* at 2.  The Court also abated proceedings in this case pending further order of the Court and directed EPA to file a status report within 60 days

2

regarding the progress of reconsideration, including sufficient detail "to inform this court on whether continued abatement is warranted." *Id.* at 2-3.

5. EPA filed a status report on March 22, 2022, describing the work that will be required for EPA's reconsideration of the Designation Decision and setting forth an anticipated timeline for completion of the reconsideration proceedings. ECF No. 10900980. In response, the Court continued the abatement of this case. ECF No. 10901027. EPA has filed subsequent status reports at the Court's direction on June 21, September 21, and December 20, 2022, and March 20, 2023. ECF Nos. 10921109, 10921191, 10942086, 10942169, 10963823, 10963907, 10984678.

6. On March 20, 2023, the Court directed EPA to file a status report by the earlier of June 20, 2023, or within five days of any occurrence that impacts the abatement of this proceeding. ECF No. 10984782. In response to the Court's order, EPA reports as follows:

   a. EPA continues to draft a revised Residual Designation Decision in response to the petition to designate certain stormwater discharges from Los Alamos County, which the Agency still expects to issue for public notice and comment by the end of summer 2023.

7. For the foregoing reasons, EPA respectfully requests that this case remain in abeyance, with the next status report due in 90 days.

3

                                            Respectfully submitted,

Dated: June 20, 2023                <u>/s/ Andrew D. Knudsen</u>
                                            Andrew D. Knudsen
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Environment and Natural Resources Division
                                            Environmental Defense Section
                                            P.O. Box 7611
                                            Washington, DC 20044-7611
                                            (202) 353-7466
                                            andrew.knudsen@usdoj.gov

                                            *Counsel for U.S. Environmental Protection Agency*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. The participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                             /s/ *Andrew D. Knudsen*
                                             Andrew D. Knudsen